**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 09-2993 MHP (pr) |
| JAMES INGRAM, | **ORDER OF TRANSFER** |
| Plaintiff. | |

James Ingram, an inmate at the California Institution for Men in Chino, commenced this action by filing a letter complaining about the responses of prison officials at that facility to his various medical problems. The court construed the letter to be a civil rights complaint under 42 U.S.C. § 1983. The acts and omissions complained of occurred at a facility in Chino, which is in San Bernardino County and within the venue of the Central District of California. The person whose acts are complained of, and who would likely be a defendant, works at the prison in Chino and apparently resides in the Central District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: March 26, 2010

Marilyn Hall Patel
United States District Judge